# EXHIBIT A

## DECLARATION OF MAC HADDOW

I, Mac Maddow, being duly sworn, depose and state as follows:

1. I am the Senior Fellow for Public Policy with the American Kratom Association (AKA), a nonprofit organization that advocates for the right of consumers to obtain safe unadulterated kratom (*Mitragyna speciosa* ).

2. The statements herein are based on my personal knowledge, a review of publicly available statutes, regulations, and legislative records current to May 30, 2025, and on my experience monitoring kratom policy nationwide.

### Background on Kratom

3. Kratom (*Mitragyna speciosa*) is a tropical tree native to Southeast Asia, traditionally used for its stimulant and analgesic properties. For centuries, laborers in countries like Thailand and Indonesia chewed the leaves or brewed them as tea to combat fatigue and pain. In the U.S., kratom gained popularity in the early 2000s as an herbal supplement, especially among individuals seeking alternatives to opioids for chronic pain, anxiety, and withdrawal symptoms. Its active alkaloids interact with opioid receptors but produce mild effects. While the FDA has not approved kratom for medical use, it remains legal at the federal and state level (see below) and is the subject of ongoing scientific and regulatory debate.

4. Based on current research, Kratom consumers are comprised of diverse group of individuals, including Veterans who have turned to Kratom for a safer alternative to opioids. The most common user is an employed female with a mean age of 40 years with a middle-class income.

### Federal Regulatory Status

5. Kratom is not a controlled substance under federal law. Kratom and its principal alkaloids are not scheduled under the federal Controlled Substances Act nor is the consumption of kratom prohibited under federal law.

6. In October 2023, identical bills entitled the Federal Kratom Consumer Protection Act (H.R. 5905 / S. 3039) were introduced by Representative Mark Pocan (D-WI) and Senator Mike Lee (R-UT), respectively. Revisions to the Federal Consumer Protection Act have been reviewed and approved by these sponsors and the bill will be refiled this month in the newly convened 119th Congress.

### State-Level Regulation

7. As of May 2025, 17 states have enacted a version of the Kratom Consumer

Protection Act ("KCPA") that explicitly permits kratom sales subject to safety guard-rails. Below is a concise state-by-state summary, followed by the common elements each act contains.

| State (year enacted / latest amendment) | Purchase Age | Oversight & Core Requirements* |
|---|---|---|
| Utah (2019 SB 58) | 18 | Processor registration with Dept. of Agriculture & Food; lab testing; full alkaloid disclosure; ban on synthetic or >2 % 7-OH Mitragynine |
| Arizona (2019 HB 2550; 2022 update) | 18 | Retailers must label mitragynine & 7-OH content; prohibit adulterants & synthetics; violators commit Class 2 misdemeanor |
| Nevada (2019 NRS § 597.998; 2025 AB 322 revision) | 18 | Mandatory product registration with Division of Public & Behavioral Health; labeling and purity limits |
| Oklahoma (2021 HB 1784) | 18 | Testing, <2 % 7-OH cap, age ID check, civil penalties for non-compliance |
| Texas (2023 HB 861>SB 1734 amendments 2025) | 18 | Department of State Health Services rules; processor fines; age verification |
| Georgia (2024 HB 1810; in force Jan 1 2025) | 21 | Behind-counter sales only; 21+ age; potency limits; misdemeanor & felony tiers for violations |
| Colorado (2022 § 18-13-132, to be replaced by 2025 SB 72) | 21 | No self-service displays; ID check; ban on fentanyl/adulterants; state licensing forthcoming |
| Oregon | 21 | Oregon Health Authority testing & licensing; limits on heavy-metals/biologics |

| State (year enacted / latest amendment) | Purchase Age | Oversight & Core Requirements* |
|---|---|---|
| (2022 HB 4010) | | |
| Florida (2023 § 500.92, amended 2024-25) | 21 | Prohibits sales to <21; sets solvent & contaminant limits; processor fines up to $1 000 |
| Maryland (2024 SB 583) | 21 | Retail registration; labeling; civil penalties; task-force reporting |
| Virginia (2023 HB 647) | 21 | Label must carry FDA disclaimer; penalties for mislabeled product or sales to minors |
| West Virginia (2023 SB 220) | 21 | Bureau for Public Health oversight; batch testing; civil fines |
| Kentucky (2025 HB 293 pending final rules) | 21 | Licenses ($1 000 processors / $500 retailers); bans extracts >2 % 7-OH; supremacy clause for future federal rules |
| South Dakota | 21 | https://mylrc.sdlegislature.gov/api/Documents/Bill/282097.pdf?Year=2025 |
| Mississippi | 21 | https://billstatus.ls.state.ms.us/2025/pdf/history/HB/HB1896.xml |
| Nebraska | 21 | https://nebraskalegislature.gov/FloorDocs/109/PDF/Final/LB230.pdf |
| South Carolina | 21 | https://www.scstatehouse.gov/billsearch.php?billnumbers=221&session=126&summary=B |

       8.     In addition to the states that have passed a version of the KCPA, several other states are considering versions of the KCPA, including California. Specifically, in California, Assembly Bill 1088, which regulates the sale of kratom products in California, was passed through the Committee by a vote of 14-0 on May 23, 2025. The entire California Assembly is currently considering the entire bill and it is up for third reading on June 2 or 3, 2025. Although there is no

statute in California that formally regulates kratom, the sale and consumption of kratom is not prohibited state-wide (the City of San Deigo currently prohibits the sale of kratom).

        9.      Of all fifty (50) states, kratom sale is permitted in 44 states and prohibited in six states (Vermont, Wisconsin, Indiana, Rhode Island, Alabama, and Arkansas). Several of the states in which it is banned, however, have recently undertaken efforts to overturn those bans. For example, in the Arkansas Senate, which initially banned kratom, passed a bill in April 2025t to lift the state's ban on kratom, signaling a move toward regulation rather than prohibition. In June 2024, the Rhode Island state legislature passed House Bill 5530, a version of the KCPA, aiming to overturn the ban and establish regulations for kratom sales and use. The Rhode Island House of Representatives voted on May 29, 2025, on a vote of 40-23, to repeal the ban on kratom and that bill is now under consideration by the Rhode Island Senate. Vermont had previously banned kratom. In March 2023, the Vermont Department of Health approved a petition to reform the state's drug rule concerning kratom, initiating a rulemaking process to potentially reverse the ban. The Vermont Department of Health is currently discussing a process with Legislative leaders to have them pass a KCPA before the ban is formally lifted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2 day of June, 2025, at Santee, California.

*Mac Haddow*
Mac Haddow
Senior Fellow for Public Policy of the American Kratom Association