# EXHIBIT B

**DECLARATION OF WES SALIMAN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

I, Wes Saliman, declare as follows:

1.    I am over the age of 18 and competent to testify to the matters stated herein. I am the CEO of Ashlynn Marketing, which does business as KRAVE ("Ashlynn" or "Plaintiff"). I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently thereto.

2.    In 1993, at the age of 15, I immigrated to the United States from northern Iraq because of religious persecution by the Iraqi government. My family has lived in San Diego County for more than 30 years.

3.    I started Ashlynn in 2010. Ashlynn is a small, family-owned business based in Santee, California. We manufacture, distribute, and sell kratom products to customers throughout the United States. We employ approximately thirty (30) people.

4.    All kratom sold by Ashlynn is legally sourced and shipped only to jurisdictions where its sale and consumption are lawful. We do not ship kratom to states or localities that prohibit it, including Alabama; Arkansas; Indiana; Rhode Island; Vermont; Wisconsin; San Diego and Oceanside, California; Denver, Colorado; Sarasota County, Florida; and Jerseyville, Indiana.

5.    Ashlynn stores its kratom products—including both raw materials and finished, labeled consumer goods—at its warehouse in Santee, California. Ashlynn ships kratom from its Santee warehouse to end-users, retails and wholesale distributors throughout the United States.All of the kratom is tested for impurities and contaminants, including salmonella and or heavy metals.

6.    As of May 29, 2025, Ashlynn had sold kratom products to at least 1,027 customers located outside the State of California. These customers include individual consumers, wholesalers, and distributors.

7.    On May 15, 2025, representatives from the California Department of Public

Health ("CDPH") inspected Ashlynn's warehouse and issued a Notice of Violation. CDPH stated that it was embargoing Ashlynn's kratom products on the grounds that they were "adulterated," "misbranded," and manufactured without a valid Processed Food Registration. No allegations of contamination, unsanitary conditions, or specific manufacturing defects were made. In fact, based on our testing, none of the kratom that was embargoed was contaminated by any other substances.

8.      The embargoed inventory consists of over $2 million worth of kratom. A significant portion of that inventory was intended for shipment to customers in other states where kratom is expressly legal.

9.      On May 19, 2025, Ashlynn sent a letter to CDPH explaining that its embargo was unlawful, particularly insofar as it barred the export of kratom to states where its sale is permitted.

10.      On May 27, 2025, CDPH responded that it would not release the embargoed products for further distribution under any circumstances and instructed Ashlynn to submit a plan for the destruction or disposal of the inventory within ten (10) days or face referral to the San Diego County District Attorney.

11.      The embargo has prevented Ashlynn from fulfilling customer orders and continuing regular business operations. If the embargo is not lifted as it applies to out-of-state shipments, Ashlynn will be forced to shut down. If Ashlynn is shut down, I will have to lay off my 30 employees, all of whom support families.

12.      There are also pending orders that I am unable to fulfill. If I am not permitted to restart operations soon, I will lose goodwill with a customer base that took more than ten years to build.

13.      At this time, Ashlynn is not challenging California's authority to prohibit the sale of kratom within its own borders. Rather, Ashlynn seeks only to resume lawful commerce with customers in other states.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2 day of June, 2025, at Santee, California.

Wes Saliman
CEO &Owner, Ashlynn Marketing